UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATWAHN MCELROY,<br>           Plaintiff,<br>    v.<br>Q SUI, et al.,<br>           Defendants. | Case No. 25-cv-02818-HSG<br><br>**ORDER OF DISMISSAL** |

On March 26, 2025, the Court received a pro se civil rights complaint and other case-initiating documents from Plaintiff via postal mail. Dkt. No. 1. The Court informed Plaintiff that, pursuant to the Northern District of California's General Order No. 76 ("GO 76"), prisoners within the custody of the California Department of Corrections and Rehabilitations ("CDCR") are required to submit case-initiating documents for civil rights cases to the Court via electronic mail. Dkt. No. 1. Plaintiff was instructed to resubmit the case-initiating documents via electronic mail by April 9, 2025, or face dismissal of this action. Dkt. No. 1. The deadline to comply with GO 76 has passed. Plaintiff has neither complied with GO 76 nor communicated with the Court. Plaintiff has previously demonstrated his ability to comply with General Order No. 76, having filed C No. 25-cv-00314 HSG, *McElroy v. Dep't. of Corr, et al.* (filed Jan, 8, 2025) via electronic mail. Accordingly, the Court DISMISSES this case without prejudice for failure to comply with GO 76.

//

//

//

//

1   Plaintiff may request that this action be reopened.  Any request to reopen this action must
2   be accompanied by submission of the case-initiating documents by electronic mail, and a showing
3   of good cause as to the failure to comply with GO 76 in the time set forth by the Court.  Judgment
4   is entered in favor of Defendants and against Plaintiff.  The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated:   5/5/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge